# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

# VOLUNTARY PETITION

| IN RE:   (Name of Debtor - If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last,First, Middle) |
|---|---|
| **MCCONNELL, LAURA L.** | |
| **ALL OTHER NAMES used by the debtor in the last 6 years** | **ALL OTHER NAMES used by the co-debtor in the last 6 years** |
| **KRAGE, LAURA L.**<br>**LUEDTKE, LAURA L.** | **NONE** |
| **LAST 4 DIGITS OF SOCIAL SECURITY / TAX I.D. NUMBER** | **LAST 4 DIGITS OF SOCIAL SECURITY / TAX I.D. NUMBER** |
| **3066** | |
| **STREET ADDRESS OF DEBTOR** | **STREET ADDRESS OF JOINT DEBTOR** |
| **1657 WATERFORD ROAD**<br>**NORTH AURORA, IL 60542** | **N/A** |

| County of Residence, etc. | **KANE** | County of Residence, etc. | **N/A** |
|---|---|---|---|
| **MAILING ADDRESS OF DEBTOR** | | **MAILING ADDRESS OF JOINT DEBTOR** | |
| **166 FOXFORD CT.**<br>**MACON, GA 31210** | | **N/A** | |

## LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR

**N/A**

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**VENUE**

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceeding the date of this petition, or for a longer part of such 180 days than in any other District.

☐ There is a Bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

**TYPE OF DEBTOR**

- ■ INDIVIDUAL(S)
- ☐ CORPORATION
- ☐ PARTNERSHIP
- ☐ OTHER_____
- ☐ STOCKBROKER
- ☐ COMMODITY BROKER
- ☐ CLEARING BANK

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED**

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ § 304-Case Ancilary to Foreign proceeding

**NATURE OF DEBTS**

- ■ CONSUMER / NON BUSINESS
- ☐ BUSINESS

**FILING FEE**   (Check one box)

- ■ Full Filing fee attached
- ☐ Filing fee to be paid in installments.(applicable to individuals only) Must attach signed application for the Court's consideration certifying hat the debtor is unable to pay fee except in installments. Rule 1006(b). See official form #3

**CHAPTER 11  SMALL BUSINESS**

- ☐ Debtor is a small business as defined in 11 USC § 101
- ☐ Debtor  is and elects to be considered a small business under 11 USC §

## STATISTICAL / ADMINISTRATIVE INFORMATION  (Estimates only)

THIS SPACE FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**

| 1-15 ■ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|

**ESTIMATED ASSETS (in thousands of dollars)**

| Under 50 ■ | 50-99 ☐ | 100-499 ☐ | 500-999 ☐ | 1000-9999 ☐ | 1,000-99,000 ☐ | 100,000-over ☐ |
|---|---|---|---|---|---|---|

**ESTIMATED DEBTS (in thousands of dollars)**

| Under 50 ■ | 50-99 ☐ | 100-499 ☐ | 500-999 ☐ | 1000-9999 ☐ | 1,000-99,000 ☐ | 100,000-over ☐ |
|---|---|---|---|---|---|---|

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

## Voluntary Petition
(This page must be completed and filed in every case.)

| PRIOR BANKRUPTCY CASE  FILED WITHIN THE LAST 6 YEARS ( If more than one attach additional sheet.) | | |
|---|---|---|
| Location where filed: | Case Number: | Date Filed: |
| N/A | N/A | N/A |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| N/A | N/A | N/A |
| District: | Relationship: | Judge: |
| N/A | N/A | N/A |

## SIGNATURES

### Signature(s) of Debtor(s) Individual /Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

(If Petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11 or 12 or 13 of Title 11, United States Code, understand the relief available under such chapter, and chose to proceed under chapter 7.

I request relief in accordnace with the chapter of title 11, United States Code specified in this petition.

**/s/     LAURA L. MCCONNELL**
Signature of Debtor

**/s/**
Signature of Joint Debtor

Telephone number (If not represented by attorney)

**9/20/2005**

### Signature of Attorney

**/s/ John S. Biallas**
Signature of Attorney for Debtors

**John S. Biallas**
Printed Name of  Attorney for Debtors

Firm Name
**3N918 Sunrise Lane**
Address

**Saint Charles, Illinois 60174**

**(630) 513-7878**
Telephone Number

**9/20/2005**
Date

### Exhibit A

(To be completed if Debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐    Exhibit A is attached and made part of this petition.

### Exhibit B

I, the Attorney for the Debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he,she or they) may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under such chapter.

**/s/ John S. Biallas**         **9/20/2005**
Signature of Attorney for Debtors         Date

### Exhibit C

Does the Debtor own or have possession of any property that posesa thrat of imminent and identifiable harm to public health or safety?

☐    Yes and Exhibit C is attached and made a part of this petition.

■    No

### Signature of Debtor (Corporation/ Partnership

**/s/**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of  Authorized Individual

**9/20/2005**
Date

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

## THE UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| SUMMARY OF SCHEDULES | | | | | |
|---|---|---|---|---|---|
| **NAME OF SCHEDULE** | **ATTACHED YES/NO** | **NO. OF SHEETS** | **ASSETS** | **LIABILITIES** | **OTHER** |
| **A-Real property** | YES | 1 | $0 | | |
| **B-Personal Property** | YES | 3 | $12,540 | | |
| **C-Property Claimed as Exempt** | YES | 1 | | | |
| **D-Creditor Holding Secured Claims** | YES | 1 | | $0 | |
| **&** **E-Creditors Holding Unsecured Priority Claims** | | | | $0 | |
| **F-Creditors Holding Unsecured Nonpriority claims** | YES | 2 | | $29,592 | |
| **G-Executory Contracts and Unexpired Leases** **&** **H-Codebtors** | YES | 1 | | | |
| **I-Current Income of Individual Debtor(s)** | YES | 1 | | | $0 |
| **&** **J-Current Expenditure of Individual Debtor(s)** | | | | | $0 |
| Total number of sheets in all Schedules | | 10 | | | |
| | Total Assets | | $12,540 | | |
| | Total Liabilities | | | $29,592 | |

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

☒ **THE DEBTOR HAS NO REAL PROPERTY TO REPORT ON SCHEDULE A**

| SCHEDULE A - REAL PROPERTY | | | | |
|---|---|---|---|---|
| *DESCRIPTION AND LOCATION OF PROPERTY* | *NATURE OF DEBTOR'S INTEREST IN PROPERTY* | *DEBTOR or SPOUSE or JOINT* | *CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION* | *AMOUNT OF SECURED CLAIM* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL MARKET VALUE OF DEBTOR'S REALTY** | | | **$0.00** |

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

## SCHEDULE B - PERSONAL PROPERTY (PAGE 1)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **1.** Cash on hand. | | **DEBTOR** | - | $50.00 |
| **2.** Checking, savings or other financial accounts, or other deposits. | | **OLD 2ND CHECKING ACCOUNT** | - | $50.00 |
| | | **OLD 2ND CHECKING ACCOUNT** | - | $50.00 |
| **3.** Security deposits with public utilities, landlords and others. | × | | - | $0.00 |
| | | | - | $0.00 |
| **4.** Household goods and furnishings, including audio, video and computer equipment. | | **5 ROOMS OF FURNITURE AND MISC.** | - | $0.00 |
| | | **5 ROOMS OF FURNITURE AND MISC. HOUSEHOLD GOODS** | - | $0.00 |
| **5.** Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectables | × | | - | $0.00 |
| | | | - | $0.00 |
| **6.** Wearing apparel. | | **CLOTHING OF AN ADULT FEMALE** | - | $0.00 |
| | | **CLOTHING OF AN ADULT FEMALE** | - | $0.00 |
| **7.** Furs and jewelry | | **WEDING RING AND COSTUME** | - | $0.00 |
| | | **WEDING RING AND COSTUME JEWELRY** | - | $0.00 |
| **8.** Firearms and sports, photographic, and other hobby equipment. | × | | - | $0.00 |
| | | | - | $0.00 |
| **9.** Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | × | | - | $0.00 |
| | | | - | $0.00 |
| **10.** Annuities. Itemize and and name each issuer | × | | - | $0.00 |
| | | | - | $0.00 |
| **11.** Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | | **IPPFA PENSION FUND ($1421.98) & IMRF RETIREMENT FUND ($ 5318.58** | - | $6,740.00 |
| | | **IMRF RETIREMENT FUND ($ 5318.58** | - | $6,740.00 |
| | | SUBTOTAL OF MARKET VALUES  SCHEDULE  B PAGE 1 | | $6,840.00 |

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

## SCHEDULE B - PERSONAL PROPERTY (PAGE 2)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Stock, and interests in incorporated and unincorporated businesses. Itemize | × | | - | $0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | × | | - - | $0.00 $0.00 |
| 14. Government and corporate bonds | × | | - - | $0.00 $0.00 |
| 15. Accounts Receivable | × | | - - | $0.00 $0.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | × | | - - | $0.00 $0.00 |
| 17. Other liquidated debts owing debtor. Include Tax refunds. Give particulars. | × | | - - | $0.00 $0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A. | × | | - - | $0.00 $0.00 |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | × | | - - | $0.00 $0.00 |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. | × | | - - | $0.00 $0.00 |
| 21. Patents, copyrights and other intellectual property. Give particulars | × | | - - | $0.00 $0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars | × | | - - | $0.00 $0.00 |
| | | SUBTOTAL OF MARKET VALUES SCHEDULE B PAGE 2 | | $0.00 |

## SCHEDULE B - PERSONAL PROPERTY (PAGE 3)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23.<br>Automobile, trucks, trailers, and other vehicles | | 1999 CHEVY CAVILIER $1500.00 (IN TITLE WITH 16 YEAR OLD DAUGHTER. DAUGHTER'S CAR) 2001 FORD FOCUS $4,000 | - | $5,500.00 |
| 24.<br>Boats, motors, and accessories. | ✕ | | -<br>- | $0.00<br>$0.00 |
| 25.<br>Aircraft and accessories | ✕ | | -<br>- | $0.00<br>$0.00 |
| 26.<br>Office equipment, furnishings, and supplies | ✕ | | -<br>- | $0.00<br>$0.00 |
| 27.<br>Machinery, fixtures, equipment, and supplies used in business. | | HP DESKTOP COMPUTER/PRINTER<br>HP DESKTOP COMPUTER/PRINTER | -<br>- | $200.00<br>$200.00 |
| 28.<br>Inventory. | ✕ | | -<br>- | $0.00<br>$0.00 |
| 29.<br>Animals. | ✕ | | -<br>- | $0.00<br>$0.00 |
| 30.<br>Crops - growing or harvested give particulars. | ✕ | | -<br>- | $0.00<br>$0.00 |
| 31.<br>Farming equipment and implements. | ✕ | | -<br>- | $0.00<br>$0.00 |
| 32.<br>Farm supplies, chemicals, and feed. | ✕ | | -<br>- | $0.00<br>$0.00 |
| 33.<br>Other personal Property of any kind not already listed. Itemize. | ✕ | | -<br>- | $0.00<br>$0.00 |
| | | SUBTOTAL OF MARKET VALUES  SCHEDULE B PAGE 3 | | $5,700.00 |
| | | TOTAL MARKET VALUE OF DEBTOR'S PERSONAL PROPERTY | | $12,540.00 |

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

☐ **11 U.S.C. § 522 (B) (1) EXEMPTIONS ARE CLAIMED.**
**(EXEMPTIONS UNDER FEDERAL BANKRUPTCY CODE)**

☒ **11 U.S.C. § 522 (B) (2) EXEMPTIONS ARE CLAIMED.**
**(EXEMPTIONS UNDER THE LAW OF THE STATE OF ILLINOIS Ch 765 § 12-1001 ET SEQ)**

Type of Exemption ; Applicable  Statute granting Exemption;  Exempt Amount    **$ MarketValue**

### Debtor:

| | Type of Exemption ; Applicable Statute granting Exemption; | Exempt Amount | $ MarketValue |
|---|---|---|---|
| ☐ | Real Estate / Homestead; Ill. Code of Civil Pro. §12-901 ; | $7,500 | |
| ☒ | Necessary Clothing; Ill. Code of Civil Pro. §12-1001(a); | All | $0.00 |
| ☒ | Personal Property; Ill. Code of Civil Pro. §12-1001(b); | $2,000 | $2,000.00 |
| ☒ | One Motor Vehicle ; Ill. Code of Civil Pro. §12-1001(c); | $1,200 | $4,000.00 |
| ☐ | Tools of the Trade ; Ill. Code of Civil Pro. §12-1001(d) ; | $750 | |
| ☐ | Health aids ; Ill. Code of Civil Pro. §12-1001(e); | All | |
| ☐ | Ins. Proceeds & Benefits; Ill. Code of Civil Pro. §12-1001(f); | All | |
| ☐ | Government Benefits ; Ill. Code of Civil Pro. §12-1001(g); | All | |
| ☐ | Tort claims / Recoveries; Ill. Code of Civil Pro. §12-1001(h); | $7,500 | |
| ☒ | Retirement ; Ill. Code of Civil Pro. §12-1006(a)-(c); | All | $6,740.00 |
| ☐ | Workman's Comp. Claims;  Ill. Code of Civil Pro. §12-1001(h) ; | All | |
| ☐ | Other_____ | | |

### Co-Debtor:

| | Type of Exemption ; Applicable Statute granting Exemption; | Exempt Amount | $ MarketValue |
|---|---|---|---|
| ☐ | Real Estate / Homestead; Ill. Code of Civil Pro. §12-901; | $7,500 | |
| ☐ | Necessary Clothing; Ill. Code of Civil Pro. §12-1001(a) ; | All | |
| ☐ | Personal Property; Ill. Code of Civil Pro. §12-1001(b) ; | $2,000 | |
| ☐ | One Motor Vehicle ; Ill. Code of Civil Pro. §12-1001(c); | $1,200 | |
| ☐ | Tools of the Trade ; Ill. Code of Civil Pro. §12-1001(d) ; | $750 | |
| ☐ | Health Aids ; Ill. Code of Civil Pro. §12-1001(e); | All | |
| ☐ | Ins. Proceeds & Benefits ; Ill. Code of Civil Pro. §12-1001(f); | All | |
| ☐ | Government Benefits ; Ill. Code of Civil Pro. §12-1001(g) ; | All | |
| ☐ | Tort claim / Recoveries ; Ill. Code of Civil Pro. §12-1001(h); | $7,500 | |
| ☐ | Retirement;  Ill. Code of Civil Pro. §12-1006(a)-(c) ; | All | |
| ☐ | Workman's Comp. Claims;  Ill. Code of Civil Pro. §12-1001(h) ; | All | |
| ☐ | Other_____ | | |

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S ACCT. #, NAME AND MAILING ADDRESS | CODEBTOR; DATE CLAIM INCURRED; DESCRIPTION: NATURE OF LIEN & OTHER DATA | | AMOUNT OF CLAIM |
|---|---|---|---|
| | | | UNSECURED PORTION |
| | Codebtor ? NO | Date claim Incurred | |
| | Husband,Wife Joint or Community ? | Description of Property | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value | |
| | Codebtor ? NO | Date claim Incurred | |
| | Husband,Wife Joint or Community ? | Description of Property | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value | |
| | Codebtor ? NO | Date claim Incurred | |
| | Husband,Wife Joint or Community ? | Description of Property | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value | |
| | Codebtor ? NO | Date claim Incurred | |
| | Husband,Wife Joint or Community ? | Description of Property | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value | |
| | Codebtor ? No | Date claim Incurred | |
| | Husband,Wife Joint or Community ? | Description of Property | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value | |
| | Codebtor ? No | Date claim Incurred | |
| | Husband,Wife Joint or Community ? | Description of Property | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value | |
| | Codebtor ? No | Date claim Incurred | |
| | Husband,Wife Joint or Community ? | Description of Property | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value | |
| | Codebtor ? No | Date claim Incurred | |
| | Husband,Wife Joint or Community ? | Description of Property | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value | |
| | Codebtor ? No | Date claim Incurred | |
| | Husband,Wife Joint or Community ? | Description of Property | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value | |

☒ THE DEBTOR HAS NO CREDITORS HOLDING SECURED CLAIMS TO REPORT ON SCHEDULE D

| Total D > | $0.00 |
|---|---|

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] THE DEBTOR HAS NO CREDITORS HOLDING UNSECURED PRIORITY CLAIMS TO REPORT ON SCHEDULE E

## TYPES OF PRIORITY CLAIMS LISTED BELOW, IF ANY

[ ] EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE.

[ ] WAGES, SALARIES AND COMMISSIONS

[ ] CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS

[ ] CERTAIN FARMERS AND FISHERMEN

[ ] DEPOSITS BY INDIVIDUALS

[ ] ALIMONY, MAINTENANCE OR SUPPORT

[ ] TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

[ ] COMMITMENTS TO MAINTAIN THE CAPITAL OF AN INSURED DEPOSITORY INSTITUTION

| CREDITOR"S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM INCURRED & CONSIDERATION | | | TYPE OF PRIORITY | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| | CODEBTOR ? AND OTHER DATA | | | AMOUNT ENTITLED TO PRIORITY | |
| | Date Incurred and Consideration | | | Type of Priority | |
| | Codebtor ? | NO | Contingent, Disputed or Unliquidated ? | | |
| | Husband,Wife,Joint or Community ? | | | | |
| | Date Incurred and Consideration | | | Type of Priority | |
| | Codebtor ? | NO | Contingent, Disputed or Unliquidated ? | | |
| | Husband,Wife,Joint or Community ? | | | | |
| | Date Incurred and Consideration | | | Type of Priority | |
| | Codebtor ? | NO | Contingent, Disputed or Unliquidated ? | | |
| | Husband,Wife,Joint or Community ? | | | | |
| | Date Incurred and Consideration | | | Type of Priority | |
| | Codebtor ? | NO | Contingent, Disputed or Unliquidated ? | | |
| | Husband,Wife,Joint or Community ? | | | | |
| | Date Incurred and Consideration | | | Type of Priority | |
| | Codebtor ? | NO | Contingent, Disputed or Unliquidated ? | | |
| | Husband,Wife,Joint or Community ? | | | | |
| | | | | Total E > | $0.00 |

**In Re:**  MCCONNELL, LAURA L.    Case #

☐ *THE DEBTOR HAS NO CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS TO REPORT ON SCHEDULE F*

## SCHEDULE F - CREDITORS WITH UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS AND ACCOUNT # | DATE OF CLAIM, CONSIDERATION AND OTHER DATA | | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|
| **W7NNB-Victoria's Sectet** PO BOX 659728 San Antonio, TX 78265-9728 | *DATE ?* **7/05** *CONSIDERATION* CONSUMER GOODS | *OTHER DATA* - | **$225.12** |
| **Marshal Fields** PO BOX 94578 Cleveland, OH 44101-4578 | *DATE ?* **2005** *CONSIDERATION* CONSUMER GOODS | *OTHER DATA* - | **$992.05** |
| **Wells Fargo Financial Illinois** 1248 N. lake St. Aurora, Il 60506 | *DATE ?* **2005** *CONSIDERATION* PERSONAL NOTE | *OTHER DATA* - | **$1,016.72** |
| **Banana Republic** PO BOX 530993 Atlanta, GA 32353-0993 | *DATE ?* **2005** *CONSIDERATION* CONSUMER GOODS | *OTHER DATA* - | **$1,782.68** |
| **Best Buy** po box 17298 Baltimore, MD 21297-1298 | *DATE ?* **2005** CONSIDERATION CONSUMER GOODS | *OTHER DATA* - | **$1,768.29** |
| **Discover Card** PO BOX 30395 Salt lake City, UT 84130-0395 | *DATE ?* **2005** *CONSIDERATION* CREDIT CARD DEBT | *OTHER DATA* - | **$3,847.85** |
| **MBNA America** PO BOX 15137 Wilmington, DE 19887-5137 | *DATE ?* **2005** *CONSIDERATION* CREDIT CARD DEBT | *OTHER DATA* - | **$5,608.11** |
| **Capital One** PO BOX 790216 Saint Louis, MO 63179-0216 | *DATE ?* **2005** *CONSIDERATION* CREDIT CARD DEBT | *OTHER DATA* - | **$14,350.82** |
| | *DATE ?* *CONSIDERATION* | *OTHER DATA* - | |
| | *DATE ?* *CONSIDERATION* | *OTHER DATA* - | |
| | **Subtotal Sch. F Page  1** | | **$29,591.64** |

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

## ADDITIONAL SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME & ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE & THE NATURE OF DEBTOR'S INTEREST | RESIDENTIAL REAL PROPERTY ? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☒ THE DEBTOR HAS NO EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO REPORT ON SCHEDULE G

## ADDITIONAL SCHEDULE H - CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

☒ THE DEBTOR HAS NO CODEBTORS TO REPORT ON SCHEDULE H

Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.

## SCHEDULES  I & J - CURRENT INCOME AND EXPENSES  OF INDIVIDUAL DEBTOR(S)

| DEBTOR(S) MARITAL STATUS | | MARRIED | | |
|---|---|---|---|---|
| *DEBTOR'S DEPENDANT'S NAMES; AGES & RELATIONSHIPS* | DEBTOR(S) OCCUPATION | *NAME AND ADDRESS OF EMPLOYER* | | *YEARS ?* |
| **JUSTIN M. KRAGE SON, AGE20** | UNEMPLOYED | - | | - |
| | | | | |
| | | | | |

**Income:**

☐ Check this box if a joint petition is filed and debtor's spouse maintains a seperate household.  Complete a seperate schedule of expenditures labeled "Spouse".

**Expenses:**

| | DEBTOR: | CO-DEBTOR: |
|---|---|---|
| Monthly gross wages, salary, and commissions | $0.00 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| SUBTOTAL | $0.00 | $0.00 |
| <LESS PAYROLL DEDUCTIONS> | | |
| a.   Payroll taxes and social security | $0.00 | $0.00 |
| b.   Insurance | $0.00 | $0.00 |
| c.   Union Dues | $0.00 | $0.00 |
| d.   Other | $0.00 | $0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $0.00 |
| Regular income from operation of business, or profession, or farm | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Maintenance or support for a dependent (listed above) | $0.00 | $0.00 |
| Social security or other government assistance (Specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income: | | |
| (Specify) | $0.00 | $0.00 |
| (Specify) | $0.00 | $0.00 |
| TOTAL MONTHLY INCOME | $0.00 | $0.00 |
| TOTAL COMBINED MONTHLY INCOME | $0.00 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

**NONE**

| | |
|---|---|
| Rent, or home mortgage payment. (including lot rental for mobile home) | $0.00 |

☐ YES  ☒ NO  Real Estate taxes included ?    ☐ YES  ☒ NO  Property insurance included ?

| | |
|---|---|
| Utilities:    Electricity and heating fuel | $0.00 |
| Water and sewer | $0.00 |
| Telephone | $0.00 |
| Other: | |
| Home maintenance  (repairs and upkeep.) | $0.00 |
| Food | $0.00 |
| Clothing | $0.00 |
| laundry and dry cleaning | $0.00 |
| Medical and dental expenses | $0.00 |
| Recreation, entertainment, newspapers, etc | $0.00 |

INSURANCE (not deducted from wages or included in home mortgage payments)

| | |
|---|---|
| Homeowner's or renter's | $0.00 |
| life | $0.00 |
| Health | $0.00 |
| Auto | $0.00 |
| Other: | $0.00 |

TAXES  (not deducted from wages or included in home mortgage payments)

| | |
|---|---|
| (Specify): | $0.00 |

INSTALLMENT PAYMENTS

| | |
|---|---|
| Auto | $0.00 |
| Other: | $0.00 |
| Maintainence etc. paid to others | $0.00 |
| Support for dependents not living at home | $0.00 |
| Regular expenses from operation of business | $0.00 |
| Other | $0.00 |
| **TOTAL MONTHLY EXPENSES** | $0.00 |

### (FOR CHAPTER 12 DEBTORS ONLY)

| | | |
|---|---|---|
| A. | Total projected monthly income | $0.00 |
| B. | Total projected monthly expenses | $0.00 |
| C | Excess income (A minus B) | $0.00 |
| D. | Total amount to be paid into plan each: | $0.00 |

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

# United States Bankruptcy Court
# Form 7.    STATEMENT OF FINANCIAL AFFAIRS

**NONE** ☐

**1. INCOME FROM EMPLOYMENT OR OPERATION OF A BUSINESS.**
STATE THE GROSS AMOUNT OF INCOME THE DEBTOR HAS RECEIVED FROM EMPLOYMENT, TRADE, OR PROFESSION, OR FROM OPERATION OF THE DEBTOR'S BUSINESS FROM THE BEGINNING OF THIS CALENDER YEAR TO THE DATE THIS CASE WAS COMMENCED. STATE ALSO THE GROSS AMOUNTS RECEIVED DURING THE TWO YEARS IMMEDIATELY PRECEDING THIS CALENDAR YEAR. IF A JOINT PETITION IS FILED STATE THE INCOME FOR EACH SPOUSE SEPARATELY.

| | | | |
|---|---|---|---|
| **DEBTOR GROSS EARNED INCOME THIS CALENDER YEAR** | $9423.08 | **SPOUSE GROSS EARNED INCOME THIS CALENDER YEAR** | |
| **LAST YEAR** | $33180 | **SPOUSE LAST YEAR** | |
| **YEAR BEFORE LAST** | $34644 | **SPOUSE YEAR BEFORE LAST** | |

**NONE** ☐

**2. INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**
STATE THE AMOUNT OF INCOME RECEIVED BY THE DEBTOR OTHER THAN FROM EMPLOYMENT, TRADE, PROFESSION, OR OPERATION OF THE DEBTOR'S BUSINESS DURING THE TWO YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE. GIVE PARTICULARS. IF A JOINT PETITION IS FILED, STATE INCOME FOR EACH SPOUSE SEPARATELY.

| | | | |
|---|---|---|---|
| **DEBTOR OTHER INCOME THIS CALENDER YEAR** | 11106.69 | **SPOUSE OTHER INCOME THIS CALENDER YEAR** | |
| **LAST YEAR** | 19040.04 | **SPOUSE LAST YEAR** | |
| **YEAR BEFORE LAST** | 19040.04 | **SPOUSE YEAR BEFORE LAST** | |

**NONE** ☐

**3. PAYMENTS TO CREDITORS.**
A. LIST ALL PAYMENTS ON LOANS, INSTALLMENT PURCHASES OF GOODS AND SERVICES, AND OTHER DEBTORS, AGGREGATING MORE THAN **$600** TO ANY CREDITOR, MADE WITHIN 90 DAYS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF CREDITOR PAID | DATE | PAYMENT | $ OWED |
|---|---|---|---|
| **DOUGLAS J. KRAGE 4 S. RIVER RD. NAPERVILLE, IL,** TRUST DEED TO EX-HUSBAND FILED 6/05 | 9/9/05 | $23,928.96 | $23,928.96 |
| **COUNTYWIDE HOME LOANS 1ST MTG** | 9/9/05 | $121,004.21 | $121,004.21 |

**NONE** ☒

B. LIST ALL PAYMENTS MADE WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE TO OR FOR THE BENEFIT OF CREDITORS WHO ARE OR WERE INSIDERS.

| NAME AND ADDRESS OF CREDITOR | RELATION | DATE | PAYMENT | $ OWED |
|---|---|---|---|---|

**NONE** ☒

**4. SUITS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS.**
A. LIST ALL SUITS TO WHICH THE DEBTOR IS OR WAS A PARTY WITHIN ONE YEAR IMMEDIATELY PRECEDING THE FILING OF THIS BANKRUPTCY CASE

| CAPTION OF SUIT AND CASE # | NATURE | COURT | STATUS |
|---|---|---|---|

**NONE** ☒

B. DESCRIBE ALL PROPERTY THAT HAS BEEN ATTACHED, GARNISHED OR SEIZED UNDER ANY LEGAL OR EQUITABLE PROCESS WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF SEIZING PERSON | DATE | DESRIPTION & VALUE |
|---|---|---|

**NONE** ☒

**5. REPOSSESSIONS, FORECLOSURES AND RETURNS.**
LIST ALL PROPERTY THAT HAS BEEN REPOSSESSED BY A CREDITOR, SOLD AT A FORECLOSURE SALE, TRANSFERRED THROUGH A DEED IN LIEU OF FORECLOSURE OR RETURNED TO THE SELLER WITHIN ONE YEAR IMMEDIATELY PRECEEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE | DESCRIPTION / VALUE |
|---|---|---|

**NONE** ☒

**6. ASSIGNMENTS AND RECEIVERSHIPS**
A. DESCRIBE ANY ASSIGNMENT OF PROPERTY FOR THE BENEFIT OF CREDITORS MADE WITHIN 120 DAYS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF ASSIGNEE | DATE | TERMS OF ASSIGNMENT ETC. |
|---|---|---|

**NONE** ☒  B.  LIST ALL PROPERTY WHICH HAS BEEN IN THE HANDS OF A CUSTODIAN, RECEIVER OR COURT APPOINTED OFFICIAL WITHIN 1 YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| *NAME AND ADDRESS OF CUSTODIAN* | *COURT & CASE #* | *DATE* | *DESCRIPTION / VALUE* |
|---|---|---|---|

**NONE** ☒  **7.  GIFTS**
LIST ALL THE GIFTS OR CHARITABLE CONTRIBUTIONS MADE WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE EXCEPT ORDINARY AND USUAL GIFTS TO FAMILY MEMBERS AGGREGATING LESS THAN $200 IN VALUE PER INDIVIDUAL FAMILY MEMBER AND CHARITABLE CONTRIBUTIONS AGGREGATING LESS THAN $100 PER RECIPIENT.

| *NAME AND ADDRESS OF PERSON OR ORGANIZATION* | *RELATION TO DEBTOR* | *DATE* | *DESCRIPTION / VALUE* |
|---|---|---|---|

**NONE** ☒  **8.  LOSSES**
LIST ALL LOSSES FROM FIRE, THEFT, OTHER CASUALTY OR GAMBLING WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| *DESCRIPTION / VALUE* | *DESCRIPTION OF CIRCUMSTANCES* | *DATE* | *INSURED?* |
|---|---|---|---|

**NONE** ☐  **9.  PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY.**
LIST ALL PAYMENTS MADE OR PROPERTY TRANSFERRED BY OR ON BEHALF OF THE DEBTOR TO ANY PERSONS, INCLUDING ATTORNEYS, FOR CONSULTATION CONCERNING DEBT CONSOLIDATION, RELIEF UNDER THE BANKRUPTCY LAW OR PREPARATION OF A PETITION IN BANKRUPTCY WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| *NAME AND ADDRESS OF PAYEE* | *PAYOR* | *DATE* | *CONSIDERATION* |
|---|---|---|---|
| **JOHN S. BIALLAS, ATTORNEY AT LAW**<br>**3N918 SUNRISE LANE**<br>**SAINT CHARLES, IL 60174** | **DEBTOR** | **9/20/2005** | **$1,000.00** |

**NONE** ☒  **10.  OTHER TRANSFERS**
LIST ALL OTHER PROPERTY, OTHER THAN PROPERTY TRANSFERRED IN THE ORDINARY COURSE OF BUSINESS OR FINANCIAL AFFAIRS OF THE DEBTOR, TRANSFERRED EITHER ABSOLUTELY OR AS SECURITY WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| *NAME AND ADDRESS OF TRANSFEREE* | *RELATION* | *DATE* | *PROPERTY / VALUE* |
|---|---|---|---|

**NONE** ☐  **11.  CLOSED FINANCIAL ACCOUNTS**
LIST ALL FINANCIAL ACCOUNTS AND INSTRUMENTS HELD IN THE NAME OF THE DEBTOR FOR THE BENEFIT OF THE DEBTOR WHICH WERE CLOSED, SOLD, OR OTHERWISE TRANSFERRED WITHIN 1 YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE. INCLUDE CHECKING, SAVINGS, OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR OTHER INSTRUMENTS; SHARES AND SHARE ACCOUNTS HELD IN BANKS, CREDIT UNIONS, PENSION FUNDS, COOPERATIVES, ASSOCIATIONS, BROKERAGE HOUSES AND OTHER FINANCIAL INSTITUTIONS.

| *NAME AND ADDRESS OF INSTITUTION* | *TYPE* | *ACCOUNT #* | *$ AMOUNT* | *DATE* |
|---|---|---|---|---|
| **5TH/3RD BANK ACCT** | **CHECKING** | **# 1600011876** | **$0.00** | **8/05** |
| **OLD 2ND** | **CHECKING** | **7232490651** | **$0.00** | **8/05** |

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

NONE [X]

**12.    SAFE DEPOSIT BOXES**
LIST EACH SAFE DEPOSIT BOX OR DEPOSITORY IN WHICH THE DEBTOR HAS OR HAD SECURITIES, CASH, OR  OTHER VALUABLES WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF BANK, ETC. | NAME & ADDRESS OF ACCESSOR | CONTENTS, IF ANY | DATE |
|---|---|---|---|

NONE [X]

**13.    SETOFFS**
LIST ALL SETOFFS MADE BY ANY CREDITOR, INCLUDING A BANK, AGAINST A DEBT  OR DEPOSIT OF  THE  DEBTOR WITHIN 90 DAYS PRECEDING THE COMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF CREDITOR SETTING OFF DEBT | DATE | $ AMOUNT |
|---|---|---|

NONE [X]

**14.    PROPERTY HELD FOR ANOTHER PERSON.**
LIST ALL PROPERTY OWNED BY ANOTHER PERSON THAT THE DEBTOR HOLDS OR CONTROLS.

| NAME AND ADDRESS OF OWNER | DESCRIPTION | VALUE | LOCATION |
|---|---|---|---|

NONE [ ]

**15.    PRIOR ADDRESS OF DEBTOR.**
IF THE DEBTOR HAS MOVED WITHIN THE LAST TWO YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE, LIST ALL PREMISES WHICH THE DEBTOR OCCUPIED DURING THAT PERIOD AND VACATED PRIOR TO THE COMMENCEMENT OF THIS CASE.  IF A JOINT PETITION IS FILED, REPORT ALSO ANY SEPERATE ADDRESS OF EITHER SPOUSE.

| PRIOR ADDRESSES OF DEBTOR(S) | OTHER NAMES USED BY DEBTOR(S) | FROM | TO |
|---|---|---|---|
| 1657 WATERFORD RD., NORTH AURORA, IL 60542 | | 2000 | 2005 |
| | LAURA L. KRAGE | 1981 | 2000 |
| | LAURA L. LUEBTKE | 2003 | 2005 |

NONE [X]

**16.    SPOUSES AND FORMER SPOUSES.**
IF THE DEBTOR RESIDES OR RESIDED IN A COMMUNITY PROPERTY STATE , COMMONWEALTH, OR TERRITORY ( INCLUDING ALASKA, ARIZONA, CALIFORNIA, IDAHO, LOUISIANA, NEVADA, NEW MEXICO, PUERTO RICO, TEXAS, WASHINGTON, OR WISCONSIN) WITHIN THE SIX-YEAR PERIOD IMMEDIATELY PRECEEDING THE COMMENCEMENT OF THE CASE, IDENTIFY THE NAME OF THE DEBTOR'S SPOUSE AND OF ANY FORMER SPOUSE WHO RESIDES OR RESIDED WITH THE DEBTOR IN THE COMMUNITY PROPERTY STATE.

*NAME*

**17.    ENVIRONMENTAL INFORMATION.**

FOR THE PURPOSE OF THIS QUESTION, THE FOLLOWING DEFINITIONS APPLY:

"ENVIRONMENTAL LAW" MEANS ANY FEDERAL, STATE, OR LOCAL STATUTE OR REGULATION REGULATING POLLUTION, CONTAMINATION, RELEASES OF HAZARDOUS OR TOXIC SUBSTANCES, WASTES OR MATERIAL INTO THE AIR, LAND, SOIL, SURFACE WATER, GROUNDWATER, OR OTHER MEDIUM, INCLUDING, BUT NOT LIMITED TO STATUTES OR REGULATIONS REGULATING THE CLEANUP OF THOSE SUBSTANCES, WASTES, OR MATERIL.

"SITE" MEANS ANY LOCATION, FACILITY, OR PROPERTY AS DEFINED UNDER ANY ENVIRONMENTAL LAW, WHETHER OR NOT PRESENTLY OR FORMERLY OWNED OR OPERATED BY THE DEBTOR, INCLUDING, BUT NOT LIMITED TO DISPOSAL SITES.

"HAZARDOUS MATERIAL" MEANS ANYTHING DEFINED AS A HAZARDOUS WASTE, HAZARDOUS SUBSTANCE, TOXIC SUBSTANCE , HAZARDOUS MATERIAL, POLUTANT, OR CONTAMINANT, OR SIMILAR TERM UNDER AN ENVIRONMENTAL LAW.



a.   List the name and address of every site for which the debtor has received notice in writing by a government al unit that it may be liable or potentially liable under or in violation of an environmental law.  Indicate the governmental unit, the date of the notice, and if known, the environmental law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |



b.   List the name and address of every site for which the debtor has provided notice to a government al unit of a release of hazardoous Material.  Indicate the governmental unit, the date of the notice, and if known, the environmental law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE |
|---|---|---|
| | | |



c.   List  all judicial or administrative proceedings, inclding settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | VENUE AND DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |



**18.    NATURE,LOCATION AND NAME OF BUSINESS**

A..   IF THE DEBTOR IS AN INDIVIDUAL, LIST THE NAMES AND ADDRESSES, TAXPAYER IDENTIFICATION NUMBERS, NATURE OF THE BUSINESSES AND BEGINNING AND ENDING DATES OF ALL BUSINESSES IN WHICH THE DEBTOR WAS AN OFFICER, DIRECTOR, PARTNER,OR MANAGING EXECUTIVE OF A CORPORATION, PARTNERSHIP, SOLE PROPRIETORSHIP, OR WAS A SELF-EMPLOYED PROFESSIONAL WITHIN  SIX (6) YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE, OR IN WHICH THE DEBTOR OWNED 5 % OR MORE OF THE VOTING OR EQUITY SECURITIES WITHIN THE SIX (6) YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

B.    IF THE DEBTOR IS A PARTNERSHIP, LIST THE NAMES AND ADDRESSES OF ALL BUSINESSES IN WHICH THE DEBTOR WAS A PARTNER OR OWNED 5 % OR MORE OF THE VOTING SECURITIES, WITHIN THE SIX (6) YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE..

C.    IF THE DEBTOR IS A CORPORATION, LIST THE NAMES AND ADDRESSES OF ALL BUSINESSES IN WHICH THE DEBTOR WAS A PARTNER OR OWNED 5 % OR MORE OF THE VOTING SECURITIES WITHIN THE  SIX (6) YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| NAME & ADDRESS | TAXPAYER ID NUMBER (EIN) | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| | | | |

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

☒ THE

b.  IDENTIFY ANY BUSINESS LISTED IN RESPONSE TO SUBDIVISION A. ABOVE, THAT IS "SINGLE ASSET REAL ESTATE" AS DEFINED IN 11U.S.C. §101.

**NAME**                                                          **ADDRESS**

**THE FOLLOWING QUESTIONSARE TO BE COMPLETED BY EVERY DEBTOR TAHT IS A CORPORATION AND BY ANY INDIVIDUAL DEBTOR WHO IS OR HAS BEEN, WITHIN SIX (6) YEARS IMMEDIATELY PRECEEDING THE COMMENCEMENT OF THIS CASE, ANY OF THE FOLLOWING:  AN OFFICER, DIRECTOR, MANAGING EXECUTIVE, OR OWNER OF MORE THAN FIVE PERCENT OF THE VOTING OR EQUITY SECURITIES OF A CORPORATION,; A PARTNER, OTHER THAN A LIMITED PARTNER, OF A PARTNERSHIP; A SOLE PROPRIETOR OR OTHERWISE SELF EMPLOYED.**

*(AN INDIVIDUAL OR JOINT DEBTOR shoould complete this portion of the statement only ofthe debtor is, or has been in business, as defined above, withiin the six years immediately preceeding the commencement of this case.  A debtor who has not been in business within thise six years should go directly to the signature page.)*

**19.  BOOKS, RECORDS AND FINANCIAL STATEMENTS**

☒ NONE

a.  LIST ALL BOOKKEEPERS AND ACCOUNTANTS WHO WITHIN SIX YEARS IMMEDIATELY PRECEDING THE FILING OF THIS BANKRUPTCY CASE KEPT OR SUPERVISED THE KEEPING OF BOOKS AND RECORDS OF THE DEBTOR.

**NAME AND ADDRESS**                                      **DATES SERVICES RENDERED**

☒ NONE

b.  LIST ALL FIRMS AND INDIVIDUALS  WHO WITHIN SIX YEARS IMMEDIATELY PRECEDING THE FILING OF THIS BANKRUPTCY CASE HAVE AUDITED THE BOOKS OF ACCOUNT AND RECORDS, OR PREPARED A FINANCIAL STATEMENT OF THE DEBTOR.

**NAME AND ADDRESS**                                      **DATES SERVICES RENDERED**

☒ NONE

c.  LIST ALL FIRMS AND INDIVIDUALS  WHO AT THE TIME OF THE COMMENCEMENT OF THIS CASE WERE IN POSSESSON OF THE BOOKS OF ACCOUNT AND RECORD OF THE DEBTOR. IF ANY OF THE BOOKS OF ACCOUNT AND RECORDS ARE NOT AVAILABLE, EXPLAIN.

**NAME AND ADDRESS**                    **EXPLANATION FOR RECORDS NOT AVAILABLE**

☒ NONE

d.  LIST ALL FINANCIAL INSTITUTIONS, CREDITORS AND OTHER PARTIES, INCLUDING MERCANTILE AND TRADE AGENCIES, TO WHOM A FINANCIAL STATEMENT WAS ISSUED WITHIN THE TWO YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE BY THE DEBTOR.

**NAME AND ADDRESS**                                               **DATE ISSUED**

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

**20.    INVENTORIES**

NONE 

a.    LIST THE DATES OF THE LAST TWO INVENTORIES TAKEN OF THE BUSINESS PROPERTY, THE NAME OF THE INVENTORY SUPERVISOR, AND THE DOLLAR AMOUNT AND BASIS OF THE INVENTORY.

| **DATE OF INVENTORY** | **SUPERVISOR** | **BASIS** | **$ AMOUNT** |
|---|---|---|---|
| | | | |

NONE

b.    LIST THE NAME AND ADDRESS OF THE PERSON HAVING POSSESSION OF THE RECORDS OF EACH OF THE TWO INVENTORIES REPORTED IN 18. A., ABOVE.

| **DATE OF INVENTORY** | **NAME & ADDRESS OF CUSTODIAN OF INVENTORY RECORDS** |
|---|---|
| | |

**21.    CURRENT PARTNERS, OFFICERS DIRECTORS AND SHAREHOLDERS.**

NONE

a.    IF THE DEBTOR IS A PARTNERSHIP, LIST THE NATURE AND PERCENTAGE INTEREST OF EACH MEMBER OF THE PARTNERSHIP.

| **NAME AND ADDRESS OF EACH PARTNER** | **NATURE** | **%** |
|---|---|---|
| | | |

NONE

b.    IF THE DEBTOR IS A CORPORATION, LIST ALL OFFICERS AND DIRECTORS OF THE CORPORATION AND EACH STOCKHOLDER WHO DIRECTLY OR INDIRECTLY OWNS, CONTROLS, OR HOLDS 5 % OR MORE OF THE VOTING SECURITIES OF THE CORPORATION.

| **NAME AND ADDRESS OF EACH OFFICER, DIRECTOR ETC.** | **TITLE** | **%** |
|---|---|---|
| | | |

**22.    FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS.**

NONE 

a.    IF THE DEBTOR IS A PARTNERSHIP, LIST EACH MEMBER WHO WITHDREW FROM THE PARTNERSHIP WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| **NAME AND ADDRESS OF EACH WITHDRAWING PARTNER.** | **DATE** |
|---|---|
| | |

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*



b.   FOR CORPORATIONS LIST ALL OFFICERS, OR DIRECTORS WHOSE RELATIONSHIPS TERMINATED WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THE CASE.

**NAME AND ADDRESS OF EACH WITHDRAWING OFFICER, DIRECTOR ETC.**                    **DATE**



**23.   WITHDRAWLS FROM A PARNERSHIP OR DISTRIBUTIONS FROM A CORPORATION.**
IF THE DEBTOR IS A PARTNERSHIP OR CORPORATION, LIST ALL WITHDRAWLS OR DISTRIBUTIONS CREDITED OR GIVEN TO AN INSIDER, INCLUDING COMPENSATION IN ANY FORM, BONUSES, LOANS, STOCK  REDEMPTION, OPTIONS EXERCISED AND ANY OTHER PERQUISITE DURING **ONE YEAR** IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

**NAMES & ADDRESS OF RECIPIENT**          **RELATION**     **DATE**     **CONSIDERATION**



IF THE DEBTOR IS A CORPORATON, LIST THENAME AND FEDERAL TAXPAYER NUMBER OFTHE PARENT CORPORATION OF ANY CONSOLIDATED GROUP OF TAX PURPOSES OF WHICH THE DEBTOR HAS BEEN A MEMBER AT ANY TIE WITHIN THE SIX-YEAR PERIOD IMMEDIATELY PRECEDING THE COMMENCEMENT OF THE CASE.

**NAME OF PARENT CORPORATION**                    **TAXPAYER IDENTIFICATION NUMBER (EIN)**



IF THE DEBTOR IS NOT AN INDIVIDUAL, LIST THE NAME AND FEDERAL TAXPAYER IDENTIFICATION NUMBER OF ANY PENSION FUND TO WHICH THE DEBTOR, AS AN EMPLOYER, AS BEEN RESPONSIBLE FOR CONTRIBUTING AT ANY TIME WITHIN THE SIX-PERIOD IMMEDIATELY PPRECEEDING THE COMMENCEMENT OF THE CASE

**NAME OF PENSION FUND**                    **TAXPAYER IDENTIFICATION NUMBER (EIN)**

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

**I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.**

Date _____9/20/2005_____  Signature of Debtor ___/s/___ LAURA L. MCCONNELL_____

Date _____9/20/2005_____  Signature of Joint Debtor (if any) ___/s/_____

*(if completed on behalf of a partnership or corporaton)*

Date _____9/20/2005_____  Signature ___/s/_____

_____
Print Name and Title

*(An individual signing on behalf of a partnership or corporation must indicate position or relationship to the Debtor.)*

☐ continuation sheets attached

*Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

**For legal services, I have agreed to accept:**      **$1,000.00**
**Prior to the filing of this statement I have received:**      **$1,000.00**
Balance Due:      $0.00      **This is a PRO BONO Case**      ☐

2.  The source of the compensation paid to me was:
     ☒ THE DEBTOR      ☐ OTHER:      **SPECIFY**

3.  The source of compensation to be paid to me is:
     ☒ THE DEBTOR      ☐ OTHER:      **SPECIFY**

4.  ☒    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
 a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
 b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
 c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
 d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters subject to the right to withdrawfor nonpayment of agreed fees;
 e.  If representation in adversary proceedings is required, an additional retainer of    **$500.00**    with additional billings at the rate of    **$250.00**    per hour has been agreed on with the debtor.  **If these additional amounts are not paid in a timely fashion, counsel reserves the right to withdraw.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**N/A**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

# ATTORNEY'S AFFIDAVIT IN COMPLIANCE WITH GENERAL RULE 39

     Affiant is the attorney of record for the Debtors and has knowledge of the matters covered by this affidavit and has read the General Rule 39.

     Affiant has not directly or indirectly solicited employment by the above named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except [here state all exceptions, or if none state "no exceptions"]:    **NO EXCEPTIONS**

     Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above named part, or parties, of the costs of this case or of the living or other expenses, of any party, or of any part of an attorney's fee already received or hereafter to be received, or of any portion of the recovery by suit or settlement to any person whatever other than the above named party or parties and the attorneys of record herein, except [here state all exceptions, or if none state "no exceptions"]:    **NO EXCEPTIONS**

     Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above named party or parties in this action and represents that a signed copy thereof has been furnished to each party whom he represents that his compensation for services in this case is not on a contingent basis.

SIGNED:    **/s/    John S. Biallas**        DATED:    **9/20/05**

**UNITED STATES BANKRUPTCY COURT**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   My intention with respect to the property of the estate which secures those consumer debts is as follows:

| *a.*   *PROPERTY TO BE SURRENDERED* | |
| --- | --- |
| *DESCRIPTION OF PROPERTY* | *CREDITOR'S NAME* |
| **None** | |
| | |

| *b.*   *PROPERTY TO BE RETAINED* | | | | |
| --- | --- | --- | --- | --- |
| *DESCRIPTION OF PROPERTY* | *CREDITOR'S NAME* | *REAFFERMATION UNDER §524(C)* | *CLAIMED EXEMPT AND REDEEMED UNDER §722* | *LIEN AVOIDED UNDER §522(f) AND CLAIMED EXEMPT* |
| **NONE** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3.   I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

/s/            LAURA L. MCCONNELL
Signature of Debtor

**9/20/2005**
Date

/s/
Signature of Joint Debtor

**9/20/2005**
Date

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2005, All Rights Reserved.*