UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MCCONNELL, LAURA L | ) | CASE NO. 05-38770-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

**ORDER AWARDING TRUSTEE'S ATTORNEYS' COMPENSATION AND EXPENSES**

**THIS MATTER BEING HEARD** on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's Attorneys' compensation and expenses are allowed as follows:

Attorney for the Trustee
a.  Compensation                                $2,728.00
b.  Expenses                                    $0.00

                          **TOTAL**            **$2,728.00**

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

            ENTERED: _____
                            Honorable Manuel Barbosa
                            United States Bankruptcy Judge