UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MCCONNELL, LAURA L | ) | CASE NO. 05-38770-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois 60134

    On: **September 11, 2008**       Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $7,014.78 |
    | Disbursements | $250.00 |
    | Net Cash Available for Distribution | $6,764.78 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | THOMAS E. SPRINGER, Trustee | $0.00 | $1,451.48 | $0.00 |
    | THOMAS E. SPRINGER<br>Attorney for Trustee | $0.00 | $2,728.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $12,872.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 20.08% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $3,930.33 | $789.36 |
| 2 | World Financial Network National Bank | $295.87 | $59.42 |
| 3 | Marshall Field | $1,043.40 | $209.55 |
| 4 | Recovery Management Systems Corporation | $1,861.53 | $373.86 |
| 5 | MBNA America | $5,741.50 | $1,153.11 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

Dated: **August 6, 2008**                                    For the Court,

By:   **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn Street; 7th Floor
      Chicago, IL 60604

Trustee:     Thomas E. Springer
Address:     400 S. County Farm Road
             Suite 330
             Wheaton, IL  60187
Phone No.:   (630) 510-0000

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

8770  Doc 42  Filed 08/06/08  Entered 08/09/08 00:39:18  Desc Imaged
Certificate of Service  Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1              Date Rcvd: Aug 06, 2008
Case: 05-38770                 Form ID: pdf002          Total Served: 20

The following entities were served by first class mail on Aug 08, 2008.
db          +Laura McConnell,    1657 Waterford Rd,    North Aurora, Il 60542-1741
aty         +John S Biallas,    John S. Biallas, Attorney At Law,    3N918 Sunrise Lane,
              St Charles, IL 60174-5081
aty         +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
              Wheaton, IL 60187-4547
tr          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
9856213      Best Buy,    PO box 17298,    Baltimore, MD 21297-1298
9856216      Capital One,    PO BOX 790216,    Saint Louis, MO 63179-0216
10640029    +Douglas Krage,    3452 Interlochen Lane,    Naperville, Il 60564-4687
10640028    +Lincoln park Anesthesia,    185 Penny Ave.,    East Dundee, Il 60118-1454
9856214     +MBNA America,    Pob 15168 MS 1423,    Wilmington, DE 19850-5168
9856210      Marshal Fields,    PO BOX 94578,    Cleveland, OH 44101-4578
10560046    +Marshall Field,    111 Boulder Industrial Dr,    Bridgeton MO 63044-1241
9856209      Victoria's Sectet,    PO BOX 659728,    San Antonio, TX 78265-9728
9856211     +Wells Fargo Financial Illinois,    1248 N. lake St.,    Aurora, Il 60506-2453
10558532    +World Financial Network National Bank,    Victoria's Secret,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
The following entities were served by electronic transmission on Aug 07, 2008.
9856212     +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2008 04:05:31      Banana Republic,    PO BOX 530993,
              Atlanta, GA 30353-0993
12407663    +E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2008 04:06:10      Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10552929     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2008 05:16:38
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
9856215      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2008 05:16:38      Discover Card,    PO BOX 30395,
              Salt lake City, UT 84130-0395
12390802     E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2008 04:06:10
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
10631660    +E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2008 04:06:02
              Recovery Management Systems Corporation,    For GE Money Bank,    dba BANANA REPUBLIC,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Thomas E Springer
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2008**        **Signature:** _Joseph Speetjens_