UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MCCONNELL, LAURA L | ) | CASE NO. 05-38770-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

## ORDER AWARDING COMPENSATION AND EXPENSES

**THIS MATTER BEING HEARD** on the Trustee's final requests for the allowance of

fees and expenses of administration, notice having been given and the Court being duly advised:

**IT IS HEREBY ORDERED** that the Trustee's compensation and expenses are allowed

as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,451.48 |
| 2. | Trustee's expenses | $0.00 |
| | **TOTAL** | **$1,451.48** |

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed

above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____

Honorable Manuel Barbosa
United States Bankruptcy Judge

SEP 11 2008

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                      )   CHAPTER 7
                                            )
MCCONNELL, LAURA L                          )   CASE NO. 05-38770-MB
                                            )
                      Debtor.               )   Hon. Manuel Barbosa

## ORDER AWARDING TRUSTEE'S ATTORNEYS' COMPENSATION AND EXPENSES

**THIS MATTER BEING HEARD** on the Trustee's final requests for the allowance of

fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's Attorneys' compensation and expenses are

allowed as follows:

    Attorney for the Trustee
    a.     Compensation                          $2,728.00
    b.     Expenses                              $0.00

                        **TOTAL**          **$2,728.00**

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed

above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this **SEP 1 1 2008** _____ day of _____

                ENTERED: _____
                         Honorable Manuel Barbosa
                         United States Bankruptcy Judge