UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 CASE |
| MCCONNELL, LAURA L | ) |
| | ) |
| | ) CASE NO. 05-38770-MB |
| | ) |
| | ) |
| Debtor. | ) Hon. Manuel Barbosa |

**<u>TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE</u>**

To:  THE HONORABLE Manuel Barbosa
     BANKRUPTCY JUDGE

   Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

   All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

   The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


| | |
|---|---|
| January 30, 2009 | /s/ Thomas E. Springer /s/ |
| DATE | THOMAS E. SPRINGER, TRUSTEE |